[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 16, 2008
THOMAS K. KAHN
CLERK

No. 08-11982
Non-Argument Calendar
_____

D. C. Docket No. 07-00166-CV-BAE

JOSEPH W. BLACKBURN,
Representative Plaintiff and other
persons similarly situated, the
Plaintiff Class,

Plaintiff-Appellant,

versus

JOHN C. CALHOUN,
GEORGE R. FERNAMBUCQ,
the Law Firm of Boyd, Fernambucq & Vincent, P.C.
and its individual partners and/or shareholders,
L. STEPHEN WRIGHT,
the Law Firm of Najjar, Denaburg, P.C.
and its individual partners and/or shareholders,
CHARLES GORHAM,
and the Law Firm of Gorham & Cason, L.L.C.
and their individual partners and/or members,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

**(October 16, 2008)**

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

This RICO[1] action is rooted in an Alabama divorce suit. It was brought by the plaintiff more than four years after the decree dissolving his marriage was entered. The defendants are the judge who presided over the case, the lawyer who represented appellant, the lawyer who represented his then wife, another unrelated divorce lawyer, and their law firms.

In a thoroughgoing order, record, vol. 3 at tab 73, the district court granted the judge summary judgment on the ground of judicial immunity, and dismissed the claims against the remaining defendants as barred by the statute of limitations. The court also denied plaintiff's motion to alter or amend its judgment. Plaintiff now appeals.

We agree for the reasons stated in the district court's order that plaintiff's claims were due to be dismissed.

AFFIRMED.

_____

[1] The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 et seq.